■ In the Matter of ANTHONY W., a Person Alleged to be a Juvenile Delinquent, Appellant. [3 NYS3d 586]—Order of disposition, Family Court, Bronx County (Peter J. Passidomo, J.), entered on or about February 3, 2014, which adjudicated appellant a juvenile delinquent upon his admission that he committed an act that, if committed by an adult, would constitute the crime of sexual abuse in the second degree, and placed him on probation for a period of 14 months, unanimously affirmed, without costs.

The court properly exercised its discretion in denying appellant's request to convert the juvenile delinquency proceeding into a person in need of supervision proceeding (see e.g. *Matter of Steven O.*, 89 AD3d 573 [1st Dept 2011]). A 14-month period of probation was the least restrictive dispositional alternative consistent with appellant's needs and the community's need for protection, given the seriousness of appellant's actions toward the six-year old victim and the recommendations of the Probation Department and treating psychologist. Concur—Mazzarelli, J.P., DeGrasse, Richter and Feinman, JJ.